**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**03/27/2023**

**JEFFREY P. ALLSTEADT, CLERK**

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.1 | AT&T<br>Bankruptcy Department<br>PO Box 769<br>Arlington , TX 76004 | 4730 | Unknown | Pre-2018 | Debtor | No | Unk. | Contingent Disputed | Telephone/Internet/TV<br><br>1922 W. Belmont, Chicago, IL<br>847 Maplewood 1f, Chicago, IL.<br>1651 Wrightwood, Chicago, IL<br>2128 W. Barry, Chicago, IL |
| 4.2 | AT&T Wireless Services Inc<br>Bankruptcy Department<br>PO Box 309<br>Portland , OR 97207-0309 | 47730 | Unknown | Pre-2018 | Debtor | No | Unk. | Contingent Disputed | Cellphone |
| 4.3 | Mr. and Mrs. Mykola and Halyna Bagan<br>2112 W. Walton Street Apt 1<br>Chicago, IL 60622 | 14M1725717 | 14,400+ | 1.27.16 | Debtor | No | Yes | Cont igent Disputed | Alleged Rent/Attorneys Fees/Damages<br>847 Maplewood 1F, Chicago, IL. |
| 4.4 | Dr. Alan Braid<br>11740 Mill Rock Road<br>San Antonio, Texas | 21cv5283 (NDILL)<br><br>22-2815 (USCA7) | Unknown | Continuing | Debtor | No | Yes | Contingent Disputed | Alleged Damages<br>Attorney Fees/Costs |
| 4.5 | Barnes & Thornburg LLP<br>11 S Meridian St,<br>Indianapolis, IN 46204 | Gomez v Etrade 19cv0540 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Alleged Damages<br>Attorney Fees/Costs |

# CASE NO 23-3023
## *In Re Felipe Nery Gomez*
## ATTACHMENT
### SCHEDULE E/F PART 4 - Unsecured Creditors Matrix
### Bankruptcy Court for the Northern District of Illinois

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.6 | Barnes & Thornburg LLP 11 S Meridian St, Indianapolis, IN 46204 | Gomez v Etrade/Schwab 19cv0540 | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.7 | Barnes & Thornburg LLP 11 S Meridian St, Indianapolis, IN 46204 | Scwhab v Gomez, 19cv3833 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.8 | Barnes & Thornburg LLP 11 S Meridian St, Indianapolis, IN 46204 | 22cv0576 (CDCAL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.9 | Barnes & Thornburg LLP 11 S Meridian St, Indianapolis, IN 46204 | 22-55922 (USCA9) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.10 | Dr. Alan Braid 11740 Mill Rock Road San Antonio, Texas | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.11 | Capital One POB 30285 Salt Lake City, UT 84130-0285 | 4730 | Unknown | 2016 | Debtor | No | Yes | Contingent Disputed | Checking Account |

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.12 | Center for Reproductive Rights<br>1634 Eye St. NW<br>Ste. 600<br>Washington, DC 20006<br>(202) 524-5539 | 21cv5283 (NDILL)<br><br>22-2815 (USCA7) | Unknown | Continuing | Debtor | No | Yes | Contingent Disputed | Attorney Fees |
| 4.13 | City of Chicago<br>Office of the City Clerk<br>121 N. LaSalle St., Room 107<br>Chicago, IL 60602 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | Tickets |
| 4.14 | Chase Bank | 4730 | Unknown | 2004-2019 | Debtor | No | Yes | Contingent Disputed | Alleged Discrepancies |
| 4.15 | Comcast/Xfinity<br>41112 Concept Dr<br>Plymouth, MI 48170-4253 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | Internet/TV Service at<br>1922 W. Belmont, Chicago, IL<br>847 Maplewood 1f, Chicago, IL.<br>1651 Wrightwood, Chicago, IL<br>2128 W. Barry, Chicago, IL |

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F  PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.16 | Commonwealth Edison Co 3 Lincoln Center Attn: Bankruptcy Section Oak Brook Terrace , IL 60181 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | Electric Service at: 1922 W. Belmont, Chicago, IL 847 Maplewood 1f, Chicago, IL. 1651 Wrightwood, Chicago, IL 2128 W. Barry, Chicago, IL |
| 4.17 | DIRECTV LLC Attn: Bankruptcies POB 6550 Greenwood Village , CO 80155-6550 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | TV Service at: 1922 W. Belmont, Chicago, IL 847 Maplewood 1f, Chicago, IL. 1651 Wrightwood, Chicago, IL 2128 W. Barry, Chicago, IL |
| 4.18 | Molly Rose Duane Center for Reproductive Rights 199 Water Street 22nd Floor New York, NY 10038 | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Debtor | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.19 | E*Trade Securities LLC 200 Hudson St. Harborside 2, Ste 501 Jersey City, NJ | 20CH6873 (Cook) | 91,392.55+ | 7.8.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award Counterclaims |

10

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.20 | E*Trade Securities LLC 200 Hudson St. Harborside 2, Ste 501 Jersey City, NJ | 19cv0827 (NDILL) | 127,080.77 | 12.19.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |
| 4.21 | E*Trade Securities LLC 200 Hudson St. Harborside 2, Ste 501 Jersey City, NJ | 20-3349 21-1597 (USCA7) | 47,433.50 | 2.2.23 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |
| 4.22 | Marc Andrew Hearron Center for Reproductive Rights 1634 Eye St. NW Ste. 600 Washington, DC 20006 | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Debtor | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.23 | Richard W. Hess Susman Godfrey LLP 1000 Louisiana Suite 5100 Houston, TX | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Debtor | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.24 | James Hultquist 125 N Park Ave Hinsdale, IL 60521 | 20CH6873 (Cook) | 91,392.55+ | 7.8.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award Counterclaims |
| 4.25 | James Hultquist 125 N Park Ave Hinsdale, IL 60521 | 19cv0827 (NDILL) | 127,080.77 | 12.19.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |

11

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.26 | James Hulquist 125 N Park Ave Hinsdale, IL 60521 | 20-3349 21-1597 (USCA7) | 47,433.50 | 2.2.23 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |
| 4.27 | Illinois Student Assistance Commission Bankruptcy Department 1755 Lake Cook Road Deerfield , IL 60015 | 4730 | Unknown | 1989 to date | Debtor | No | Yes | Contingent Disputed | Student Loan (If any) |
| 4.28 | Illinois Department of Revenue Bankruptcy Unit P O Box 19035 Springfield , IL 62794-9035 | 4730 | Unknown | 1978 to date | Debtor | No | Yes | Contingent Disputed | Taxes |
| 4.29 | The Illinois Tollway PO Box 5544 Chicago , IL 60680 | 4730 | | 1978 to date | | | | | Tolls |
| 4.30 | Morgan Stanley Smith Barney LLC 1585 Broadway NY, NY 11036-8200 | 20CH6873 (Cook) | 91,392.55+ | 7.8.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award Counterclaims |
| 4.31 | Morgan Stanley Smith Barney LLC 1585 Broadway NY, NY 11036-8200 | 19cv0827 (NDILL) | 127,080.77 | 12.19.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |

# CASE NO 23-3023
## *In Re Felipe Nery Gomez*
## ATTACHMENT
### SCHEDULE E/F PART 4 - Unsecured Creditors Matrix
### Bankruptcy Court for the Northern District of Illinois

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.32 | Morgan Stanley Smith Barney LLC 1585 Broadway NY, NY 11036-8200 | 20-3349 21-1597 (USCA7) | 47,433.50 | 2.2.23 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |
| 4.33 | NICOR Northern Illinois Gas Attention Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | Gas and Service at: 1922 W. Belmont, Chicago, IL 847 Maplewood 1f, Chicago, IL. 1651 Wrightwood, Chicago, IL 2128 W. Barry, Chicago, IL |
| 4.34 | Abigail C. Noebels Susman Godfrey L.L.P. 1000 Louisiana Street, Suite 5100 Houston, TX 77002 | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.35 | Katherine Peaslee Susman Godfrey LLP 1201 Third Ave Suite 3800 Seattle, WA 98101 | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |

13

# CASE NO 23-3023
## *In Re Felipe Nery Gomez*
## ATTACHMENT
## SCHEDULE E/F  PART 4 - Unsecured Creditors Matrix
## Bankruptcy Court for the Northern District of Illinois

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.36 | Peoples Gas Light & Coke Company<br>200 E Randolph Street<br>Chicago , IL 60601 | 4730 | Unknown | 2004-2022 | Debtor | No | Yes | Contingent Disputed | Service at:<br>1922 W. Belmont, Chicago, IL<br>847 Maplewood 1f, Chicago, IL.<br>1651 Wrightwood, Chicago, IL<br>2128 W. Barry, Chicago, IL |
| 4.37 | Planet Fitness<br>7530 Roosevelt Rd<br>Forest Park, IL 60130 | 4730 | 500 | 2021 | Debtor | No | Unk. | Contingent Disputed | Fees |
| 4.38 | Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk , VA 23541-1067 | 4730 | Unknown | Unk. | Debtor | No | Unk. | Unk. | Various Accounts, Unclear if collection was as Owner or Agent |
| 4.39 | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 | Gomez v Etrade 19cv0540 (NDILL) | Unk. | 2019 | Etrade | No | Yes | Contingent Disputed | Attorney Fees/Counterclaims |
| 4.40 | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 | Gomez v Etrade 20CH6873 (Cook) | 91,392.55+ | 7.8.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award Counterclaims |
| 4.41 | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 | Etrade v Gomez, 19cv0827 (NDILL) | 127,080.77 | 12.19.22 | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs Award |

14

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.42 | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 | Etrade v Gomez, 20-3349<br>21-1597 (USCA7) | 47,433.50 | 2.2.23 | Debtor | No | Yes | Contingent<br><br>Disputed | Attorney Fees/Costs Award |
| 4.43 | Law Office of Michael Roberts PC<br>4042 N. Elston Ave<br>Chicago, IL | 18M1 714022 | $40,000+ | Ongoing (Case Continues) | Debtor and Another | No | Yes | Contingent<br>Disputed | Alleged Rent/Attorney Fees 1922 W. Belmont Ave, Chicago, IL |
| 4,44 | Ebony Ray<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6030<br>Email: eray@debevoise.com | 21cv5283 (NDILL)<br><br>22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent<br>Disputed | Alleged Damages<br>Attorney Fees |
| 4,45 | Vincent Trace Schmeltz<br>108 Arthur Ave<br>Clarendon Hills, IL 60514 | Gomez v Etrade 19cv0540 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent<br>Disputed | Attorney Fees/Costs/Damages |
| 4,46 | Vincent Trace Schmeltz<br>108 Arthur Ave<br>Clarendon Hills, IL 60514 | Gomez v Etrade/Schwab 19cv0540 | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent<br><br>Disputed | Attorney Fees/Costs/Damages |

15

**CASE NO 23-3023**
*In Re Felipe Nery Gomez*
**ATTACHMENT**
**SCHEDULE E/F PART 4 - Unsecured Creditors Matrix**
**Bankruptcy Court for the Northern District of Illinois**

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.47 | Vincent Trace Schmeltz 108 Arthur Ave Clarendon Hills, IL 60514 | Scwhab v Gomez, 19cv3833 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.48 | Vincent Trace Schmeltz 108 Arthur Ave Clarendon Hills, IL 60514 | 22cv0576 (CDCAL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.49 | Vincent Trace Schmeltz 108 Arthur Ave Clarendon Hills, IL 60514 | 22-55922 (USCA9) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.50 | Linda Schmid 1922 W. Belmont Chicago, IL 60657 | 18M1714022 | $40,000+ | Ongoing (Case Continues) | Debtor and Another | No | Yes | Contingent Disputed | Alleged Rent/Attorney Fees 1922 W. Belmont Ave, Chicago, IL |
| 4.51 | Charles Schwab & Co, Inc. 150 S. Wacker Dr. #100 Chicago, IL 60606 | Gomez v Etrade 19cv0540 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.52 | Charles Schwab & Co, Inc. 150 S. Wacker Dr. #100 Chicago, IL 60606 | Gomez v Etrade/Schwab 19cv0540 | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |

16

# CASE NO 23-3023
## *In Re Felipe Nery Gomez*
## ATTACHMENT
## SCHEDULE E/F PART 4 - Unsecured Creditors Matrix
## Bankruptcy Court for the Northern District of Illinois

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4.53 | Charles Schwab & Co, Inc. 150 S. Wacker Dr. #100 Chicago, IL 60606 | Scwhab v Gomez, 19cv3833 (NDILL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.54 | Charles Schwab & Co, Inc. 150 S. Wacker Dr. #100 Chicago, IL 60606 | 22cv0576 (CDCAL) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.55 | Charles Schwab & Co, Inc. 150 S. Wacker Dr. #100 Chicago, IL 60606 | 22-55922 (USCA9) | Unk. | 2019-ongoing | Debtor | No | Yes | Contingent Disputed | Attorney Fees/Costs/Damages |
| 4.56 | Shannon R. Selden Debevoise & Plimpton LLP 66 Hudson Boulevard New York, NY 10001 | 21cv5283 (NDILL) 22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.57 | Atul K Singh 961 5th St # A Hermosa Beach, CA 90254 | 2015M11706877 2015M1710116 (Cook County) | 4,500 | 9.1.15 | Debtor | No | Yes | Contingent Disputed | Alleged Past Due Rent/Damages 1651 Wrightwood 1st Flr,, Chicago, IL |

17

# CASE NO 23-3023
## *In Re Felipe Nery Gomez*
## ATTACHMENT
## SCHEDULE E/F  PART 4 - Unsecured Creditors Matrix
## Bankruptcy Court for the Northern District of Illinois

| No. | Creditor Name/Address | Last 4 account/SS# /Case # | Amount | When Incurred? | Who incurred? | Community debt? | Subject to offset? | Contingent Unliquidated or Disputed? | Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4.58 | Sprint Nextel Correspondence Attn: Bankruptcy Dept POB 7949 Overland Park , KS 66207-0949 | 4730 | Unknown | 2014 | Debtor | No | No | Contingent Disputed | Cell Phone Service |
| 4.59 | Alethea Anne Swift Massey & Gail Llp 1000 Maine Ave. Sw, Suite 450 Washington, DC 20024 | 21cv5283 (NDILL)  22-2815 (USCA7) | Unknown | Continuing | Gomez | No | Yes | Contingent Disputed | Alleged Damages Attorney Fees |
| 4.60 | T Mobile USA POB 53410 Bellevue , WA 98015-3410 | 4730 | Unknown | 2016 | Debtor | No | No | Contingent Disputed | Cell Phone Service |
| 4.61 | USA Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia , PA 19101-7346 | 4730 | Unknown | 1979-present | Debtor | No | No | Unk. | Taxes |