F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
04/04/2023
JEFFREY P. ALLSTEADT, CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FELIPE NERY GOMEZ          )  Chapter 7
                                  )
                                  )  No. 23-3023
                                  )
        Debtor(s)                 )  Judge A. Benjamin Goldgar

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on APRIL 10, 2023, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, either in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion of Debtor Felipe N Gomez, Pro Se [to/for] TRO TO ABATE DIVERSION OF DEBTOR'S MAIL.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 1615000972, and the passcode is 726993. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ [signature]  4.4.23

Felipe Nery Gomez, Pro Se
1415 Ardmore #7139
Villa Park IL 60181
312.509.2071
t312.509.2071@gmail.com

## CERTIFICATE OF SERVICE

I, <u>Felipe Nery Gomez, Pro Se</u>, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _APRIL 4, 2023

_____  4.4.23
[Signature]

# 23-3023

# SERVICE LIST

### .  .  DEBTOR NOTICE OF MOTION AND MOTION FOR TRO
(Notice by E-mail Except Schmid Whom Was Served By 1st Class Mail)

1. Bankruptcy Trustee
   David P. Leibowitz, Esq.
   Law Office of David P. Leibowitz
   3478 N. Broadway - Unit 234
   Chicago, IL 60657-6968
   312-662-5750
   dleibowitz@lodpl.com

2. U.S. Trustee
   Patrick S. Laying
   Office of the U.S. Trustee, Region 11
   219 S. Dearborn St., Room 873
   Chicago, IL 60604
   **USTP.Region11@USDOJ.gov**

3. Synchrony Bank
   c/o PRA Receivables Mgmt LLC
   PO Box 23541
   Norfolk VA 23541
   877.885.5919
   Claims_RMSC@PRAGroup.com

4. **Michael Roberts**
   **4042 N. Elston**
   **Chicago, IL 60618**
   **michael@michaelroberts.com**

5. **Linda Schmid**
   **PO Box 578662**
   **Chicago, IL 60657**