UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-03023 |
| Felipe Nery Gomez | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Trustee's Motion To Employ Counsel

This matter coming before the court on the Trustee's Motion to Employ Counsel, due notice having been given, and the court being fully advised, HEREBY ORDERED:

The motion is granted.  The trustee is authorized to employ Frank J. Kokoszka of Kokoszka & Janczur, P.C. as his counsel in this case with compensation subject to further order of court.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  May 08, 2023

**Prepared by:**

Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603