UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: FELIPE NERY GOMEZ | Chapter 7 |
| Debtor | |
| | No. 23-3023 |
| OSCAR STILLEY | |
| MOVANT | Honorable Judge A. Benjamin Goldgar |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

This matter coming before the court on the motion of Oscar Stilley ("Creditor") for relief from the automatic stay, IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain Creditor from pursuing in rem non-bankruptcy remedies as to Dr. Alan Braid, MD v. Oscar Stilley et al, 7th Circuit # 22-2815, or Dr. Alan Braid, MD v. Oscar Stilley et al, District Court for the Northern District of Illinois (ILND) 1:21-cv-05283. The parties may pursue this litigation to its logical conclusion, but may not collect or attempt to collect any attorney's fees, costs, or damages related to any events occurring on or prior to 3-7-2023.

2. The stay in Rule 4001(a)(3) does not apply to this order.

3. In light of Stilley's economic situation, the lack of property of monetary value, and the public interest nature of the litigation involved, this Court grants Stilley's motion for fee waiver. If the fee has already been paid, the Clerk should re-credit the fee to the debit card used to pay the fee.

Dated: _____        _____
                                Honorable A. Benjamin Goldgar
                                United States Bankruptcy Judge