# Exhibit B

## Brief, Adam (USTP)

| | |
|---|---|
| **From:** | F Gomez <fgomez9592@gmail.com> |
| **Sent:** | Monday, May 29, 2023 7:50 AM |
| **To:** | Brief, Adam (USTP) |
| **Subject:** | [EXTERNAL] Tweet from D Sprinkle (@dalonnas_60) |

D Sprinkle (@dalonnas_60) tweeted at 8:08 AM on Sat, May 27, 2023:
Thank You !! The way that the FBI is targeting and retaliating against these whistleblowers should tell everyone all they need to know. The FBI is corrupt to the core. Just like 90% of everyone else in the Biden administration. I refuse to believe that there aren't more good...
(https://twitter.com/dalonnas_60/status/1662445647864426498?t=WgFmJmvla2ehkZUV1VP9mQ&s=03)

I consider myself a whistleblower, and I consider what you personally were doing to be borderline as far as personally deciding to try to funnel my case for some reason.

I don't know what you were up to do you want to just tell me and make things easy?

This is straight man to man Adam.

Again, why did you elect to put hands on my case and why did you write things like you wrote including accusing me of refusing to amend when that is untrue I simply do not amend when I'm ordered to do it by a district clerk who had no place writing me that email and I'm going to find out who made her do this unless you tell me...

I am not giving up I think you have committed what I believe our crimes or at least unethical behavior with regard to myself and I believe you have tried to interfere with my rights of bankruptcy as well as tried to convert my property along with Frank.

I'm really really unhappy and when I wake up in the morning the first thing I think about is you and Frank and how you're trying to screw me over in my opinion and no amount of painting me is a bad lawyer or a bad mouth lawyer is going to help you because my alleged offenses were in 2018 and it's 2023 now and I'm not a lawyer anymore.

Voluntarily tell Frank to produce his emails.

I will not relent in trying to get you reassigned regardless of what you do people need to be protected from you in my opinion and what Marshall did had to be known Department of Justice and just because everybody else is doing it doesn't give an excuse here.

Things are going to change you're not my boss you're a public servant and you keep forgetting that...

1