# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In the Matter of | ) |
| | ) Civil Action No. |
| Felipe N. Gomez | ) 23 CV 04510 |

**EXECUTIVE COMMITTEE ORDER**

On June 12, 2023, Felipe N. Gomez emailed an Assistant U.S. Trustee in a threatening manner. Mr. Gomez sent approximately 200 emails to the Assistant U.S. Trustee, including at odd hours of the day.

Mr. Gomez has active cases in both the district and bankruptcy court where he is appearing pro se. The interactions with the Assistant U.S. Trustee have raised concerns among the Court, the Clerk's Office, and the U.S. Marshals Service.

The Court's Executive Committee finds that there is cause for concern regarding Mr. Gomez's conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois.

IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Gomez is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and

IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Gomez at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and

IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Felipe N. Gomez" and case number 23 CV 04510 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED THAT the Clerk shall cause a copy of this order to be emailed to fgomez9592@gmail.com, the email listed on his most recent court filings, delivery receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 13th day of July 2023.