# Exhibit E

## Brief, Adam (USTP)

**From:** Felipe Gomez, BS, JD <t312.509.2071@gmail.com>
**Sent:** Saturday, June 24, 2023 8:56 AM
**To:** Brief, Adam (USTP); Walsh, Thomas (USAILN); USTP.Region11@usdoj.com
**Subject:** [EXTERNAL] Re: 22cv0607: Department of Justice subpoena

There is one simple thing you guys could do to tamp this down.

Don't object to my absolute right to convert to a 13.

The fact you guys are objecting to something that is granted as a matter of right shows the arrogance in there.

What is wrong with you guys that you're trying to block United States citizens from exercising their rights when you're supposed to be protecting us not harassing us?

That is abuse Adam straight out and I saw the smirk on your face and it looks like you enjoy it which would explain why you're wasting time doing it since you're not supposed to be making any extra money off of anybody on this and it is unlikely that you are.

There's plenty of room in the private sector for that kind of conduct.

I was law enforcement my friend and you picked on the wrong person and there's no way in hell that I'm letting this go.

Every time I think about you I start seeing red however I'm seeing black and white now because I'm going to continue to sue you in the United States and Frank as necessary to get you to alter your conduct.

Again I insist the US attorney get these guys under control and indicate to me if you're going to defend Frank or not.

As soon as possible please.


On Sat, Jun 24, 2023, 8:34 AM Felipe Gomez, BS, JD <t312.509.2071@gmail.com> wrote:
Wausau ground water contamination site is the case I was referring to.


I was the guy that declared the entire groundwater aquifer a Superfund site, because we were getting resistance from the landowners as far as getting to it.

I helped build the implementation of the Sara amendments, including almost single-handedly drafting the rdra model consent decree, what have you done recently for our environment in our country Adam?

Didn't think so.

Please get off of me and my cases I'm not going to violate any bankruptcy laws and any money I get going into a trust account to pay off my creditors because I obey the law even if the other guy isn't.

Tx

1

On Sat, Jun 24, 2023, 8:31 AM Felipe Gomez, BS, JD <t312.509.2071@gmail.com> wrote:
I was referring to the record of decision where the very first model record of decision introduction was written by yours truly and I got taken to task including complaints to my management about that paragraph and then when Margaret saw it you should have seen the look on her and my face.

I'm also the one that told her that the pollutants had to be going under the Wisconsin River and she didn't believe me until it was proven by the additional drilling we did.

She seems to have done rather well based on her attorney's advice which was me actually writing that stuff.

I wasn't to nobody when I was in there and you might have realized that by now.

I ask that you and Frank resign from my case and give it to somebody else since obviously you've got a conflict since you're going to get sued again and I already sued you.

Is the US attorney going to do anything here to control their client?

On Sat, Jun 24, 2023, 8:24 AM Felipe Gomez, BS, JD <t312.509.2071@gmail.com> wrote:
Do you know how easy it would be to simply have yourself appear and swear people in or some other individual that is authorized to do it and then leave Frank and mune and insulated from the crossover between swearing an oath and then having to be a witness as to what a person testified to?

Why isn't that a contract requirement and if it is then there's more trouble?

I had to do oversight when I was a super fun attorney including familiarization with the far and knowing how these things are supposed to go and knowing they're not going the right way here.

The only way to control these private contractors is through the mou's and contracts we have with them as far as the rfps.

You're oversight is horrible in there coming from somebody who was in charge of overseeing much more complicated and impactful manners where what I did affected human life.

Picked on the wrong person Adam I had it in for doj as far as Steve Willie constantly trying to undermine me and then copying my stuff and taking credit for it including the rdra consent decree which is pretty much 75% copied from my decrees.

I also help develop the ride along with the current head of the Superfund branch in the region Margaret Guerrero who I happen to go to geology school with including a field trip out west.

I'm betting there is a requirement that anybody who's a private trustee comply with state law...

If you want to make it easy voluntarily produce whatever contract Frank is operating under, and that gives you the authority to be bossing them around yet claiming that they're not an agent of the United States...

I didn't copy the media on this one but I'm going to include them in everything and I'm going to do a very large and wide reaching press release to everybody else I have contact information from which is over 30 major publications and outlets.

2