Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Felipe Nery Gomez**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address  226 Yorktown SC #9263, Lombard IL 60148

Case No. **23B3023**

Chapter **7**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **4730**
Employer's Tax Identification (EIN) No(s).(if any): _____

### NOTICE OF GOMEZ OBJECTION TO TRUSTEE MOTION AND REQUEST FOR LEAVE TO RESPOND

The Ch. 7 Trustee has filed a "motion for sanctions, which is in reality a motion for protective order, with hearing set for 9:30 a.m 9.18.23, 219 S. Dearborn, Chicago, IL Room 642, or by Zoom, to which Motion Gomez objects. Given the Motion seeks to restrain Gomez Free Speech, in violation of Illinois Law exempting communications that do not threaten violence or harm, as well as those directed to public issues see 740 ILCS 21/ Stalking No Contact Order Act., and 21/10: "Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful".  Also, USCA7 expressly prohibits attorneys from engaging the practice of submitting emails between parties to the Courts (Practice Rule 30). Given the Constitutional aspects, repeated violations of the CA7 bar on emails, and for record on appeal, Gomez seeks a briefing schedule

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, an electronic copy of the foregoing Objection, was filed by emailing to the Pro se address, to be filed by the Clerk of Court for the NDILB using the CM/ECF system, and service will be accomplished on all appearing parties by the appellate CM/ECF system.

Respectfully submitted on 9.14.23

s/ Felipe Nery Gomez

Felipe N Gomez
1415 Ardmore #7139
Villa Park, Ill 60181
312.509.2071

**FILED**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**Sept 14 2023**

**JEFFREY P. ALLSTEADT, CLERK**

PS: Gomez also objects because Gomez has agreed by way of email to Thomas Walsh, USA Attorney, as well as A. Brief, that Gomez will not email the ~~US Trustee~~, and, if an Order is to be granted by agreement, Gomez SEEKS that the ban be mutual if to be imposed.  Gomez also objects to the proposed indeterminate liquidated damages provision of the proposed relief, both as to the impropriety in a protective order, as well as to the lack of notice of the amount of penalties.  Notwithstanding, Gomez reserves the right to appeal and otherwise legally address any grant of the motion without building a record therefore which inlcudes a detailed objection to the motion, where this Court has instructed Gomez NOT to file any response without leave, consistent with local rule.

Date: ___9.14.23___

Signature: _____
Felipe Nery Gomez
PO 7139
Villa Park IL 60181
312.509.2071
fgomez