UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-03023 |
| FELIPE NERY GOMEZ, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING IN PART AND DENYING IN PART U.S. TRUSTEE'S MOTION FOR SANCTIONS

This case coming to be heard on the motion of the U.S. Trustee for sanctions against Felipe Nery Gomez, due notice having been given, and the court being fully advised, for the reasons stated on the record IT IS HEREBY ORDERED:

The motion is granted in part. Debtor Felipe Nery Gomez is prohibited from communicating in any fashion with the U.S. Trustee for Region 11 of the U.S. Trustee Program, Assistant U.S. Trustee Adam G. Brief, and any employee of the Chicago field office of the U.S. Trustee Program, except in papers filed with the court in this chapter 7 case. The prohibition in this order remains in effect until further court order.

The remaining requests for relief in the motion are denied.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 02, 2023

**Prepared by:**