**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FELIPE NERY GOMEZ, | ) | No. 23 B 3023 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

**ORDER OVERRULING AS MOOT**
**TRUSTEE'S OBJECTION TO EXEMPTIONS**

This matter came before the court on the objection of chapter 7 trustee Frank Kokoszka to the exemptions claimed in debtor Felipe Nery Gomez's Second Amended Schedule C. For the reasons set forth in the court's memorandum dated today, IT IS HEREBY ORDERED:

The objections are overruled as moot.

Dated: December 29, 2023

_____
A. Benjamin Goldgar
United States Bankruptcy Judge