| | |
|---|---|
| **From:** | Felipe Gomez, BS, JD |
| **To:** | Oscar Stilley |
| **Cc:** | Frank J Kokoszka |
| **Subject:** | Too much work |
| **Date:** | Monday, March 18, 2024 10:22:26 AM |

I don't have the capacity to do it and I'm not about to pretend like Frank has to abandon anything the judge is just plain wrong.

I'm going to let the ninth circuit dismiss my case because I have no choice and I'm just going to file a status saying I asked the judge and his position was that I have to ask Frank to abandon any case regardless of the lack of objection.

What's the point of the whole objection crap if the trustee can just sit silent and the judge is going to enforce the law.

Taylor says  I get 100%,It doesn't matter what the law says, I get it because it has to be objected to otherwise it carries.

I will be addressing the issue of control starting with the 9th circuit status report I'm about to file and it's not on me to ask an attorney to abandon a case because he's not attending to it,that's already abandoning it.

I will object to any paper file that tries to claim contrary to Taylor versus Freeland which says what it says.

It's my position that Frank is converting my property.

Gomez