UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-03023
Felipe Nery Gomez )
) Chapter: 7
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### Order Granting Trustee's Amended Motion to Abandon Estate's Interest in the "Braid v. Stilley Litigation"

This matter coming before the court on the Amended Motion of the Chapter 7 Trustee to Abandon the Estate's Interest in the "Braid v. Stilley Litigation," due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The trustee is authorized to abandon the bankruptcy estate's interest in the Braid v. Stilley Litigation, meaning both civil action No. 21 C 5283 (N.D. Ill.) and appeal No. 22-2815 (7th Cir.). Entry of this order effects the abandonment. See Fed. R. Bankr. P. 6007(b). Upon the order's entry, the Braid v. Stilley Litigation will no longer be property of the estate in this case.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 29, 2024

**Prepared by:**

Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603